IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

OSCAR GARCIA,                 §
                                 §
           Plaintiff,        §
                                 §       Civil Action No. 3:08-CV-1137-M
v.                                   §
                                 §
SIMEUS FOODS INTERNATIONAL, INC.   §
                                 §
           Defendant.      §
_____ §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On February 8, 2010, United States Magistrate Judge Jeff Kaplan made Findings,

Conclusions and a Recommendation in this case on Defendant's Motion for Summary Judgment.

On February 22, 2010, Plaintiff filed an untitled document purporting to submit unauthenticated

evidence allegedly germane to the issues that are the basis for the Findings, Conclusion and

Recommendation.  Magistrate Judge Kaplan considered Plaintiff's response to the Motion for

Summary Judgment although it was two months late.  This most recent filing is untimely, and the

evidence is not in proper form.  Therefore, it is stricken from the record and will not be considered

by this Court.

There being no objections to the Findings, Conclusions and Recommendation, the Court

reviews them for plain error.  Finding none, the Court accepts the Findings, Conclusions and

Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 26th day of February, 2010.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS